# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 438TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 29, 2015, the cause upon appeal to revise or reverse your judgment between

In the Matter of the Marriage of A.L.F.L. and K.L.L., and In the Interest of K.A.F.L., A Child, Appellant

V.

No. 04-14-00364-CV and Tr. Ct. No. 2014-CI-02421

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, this appeal is DISMISSED AS MOOT. Appellant's motion to dismiss is moot, as is the motion to dismiss for want of jurisdiction filed by appellees on June 13, 2014, which was ordered carried with the case.**

**We order that appellant, The State of Texas, pay all costs, if any, incurred as a result of this appeal.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on October 5, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00364-CV

## In the Matter of the Marriage of A.L.F.L. and K.L.L., and In the Interest of K.A.F.L., A Child

**v.**

(NO. 2014-CI-02421 IN 438TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MICHAEL MURPHY |
| MOTION FEE | $10.00 | E-PAID | DEANNA WHITLEY |
| COPIES | $167.00 | PAID | WHITLEY LAW FIRM |
| MOTION FEE | $10.00 | E-PAID | DEANNE WHITLEY |
| REPORTER'S RECORD | $138.00 | PAID | STATE OF TEXAS |
| MOTION FEE | $15.00 | E-PAID | DEANNE WHITLEY |
| MOTION FEE | $10.00 | E-PAID | MICHAEL MURPHY |
| MOTION FEE | $10.00 | E-PAID | MICHALE MURPHY |
| MOTION FEE | $10.00 | E-PAID | MICHAEL MURPHY |
| REPORTER'S RECORD | $175.00 | PAID | PETITIONER |
| MOTION FEE | $10.00 | E-PAID | DEANNA WHITLEY |
| CLERK'S RECORD | $766.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | TAMMY CARTER |
| REPORTER'S RECORD | $128.00 | INDIGENT | INTERVENOR |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this October 5, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853